FILED
GREAT FALLS DIV.

'07 JUL 16 PM 3 19

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| | |
|---|---|
| EARL D. STAFFORD,<br><br>            Petitioner,<br><br>vs.<br><br>MIKE MAHONEY,<br><br>            Respondent. | No. CV 06-46-GF-SEH<br><br>**ORDER** |

On June 18, 2007, United States Magistrate Judge Keith Strong entered Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendation for clear error.

Upon *de novo review of the record,* I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

---

[1] Docket No. 7.

-1-

ORDERED:

The Petition for Writ of Habeas Corpus[2] is DISMISSED without prejudice.

DATED this 16th day of July, 2007.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2]Docket No. 1.